IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONDALE MITCHELL
ADC #650452                                                                    PLAINTIFF

v.                              No: 4:17-cv-252-DPM

CODY FURGUSION, Police Officer; and
NEVADA COUNTY SHERIFF'S DEPARTMENT                      DEFENDANTS

## JUDGMENT

Mitchell's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2017